IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OZZIE PICKETT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 3:03-cv-60-JPG |
| ) | |
| SCOTT STEWARD, RONALD LEE, JACOB ) | |
| NULL, LARRY HENDERSON, MARK ) | |
| BOWERS, JOHN WOLF, B. SHIELD, E. ) | |
| PLOTT, K. SWAYER, J. GRUBBS, J. ) | |
| PARRISH, LT. PARRISH, JERROD ) | |
| WALKER, MAJOR RILEY, J. JONES, ) | |
| FRANK RICE, TERRI DAMOND, KAY ) | |
| JORDON, GRAY KNOP, CHARLES ) | |
| HINSELY, JOANNA K. HOSCH, SUPT. ) | |
| GOSSETT, JOHN COX, and A. JORDAN, ) | |
| ) | |
| Defendants. ) | |

**REPORT AND RECOMMENDATION**

This matter is before the Court pursuant to 28 U.S.C. § 636(b)(1)(B), Federal Rule of Civil Procedure 72(b), and Local Rule 72.1(a) for a Report and Recommendation on the Issue of Service of Process regarding defendants **Terri Damond, J. Grubbs, J. Jones, A. Jordan, Kay Jordan, Gray Knop, Ronald Lee, J. Parrish, and K. Sawyer**. For the reasons set forth below, it is **RECOMMENDED** each of the above named defendants be **DISMISSED WITHOUT PREJUDICE** and that the Court adopt the following findings of fact and conclusions of law:

**FINDINGS OF FACT**

The Complaint in this matter was filed on January 24, 2002. On September 13, 2004, District Judge J. Phil Gilbert ordered the plaintiff to effect service on the above defendants by November 12, 2004. There is no indication in the docket that these defendants have been served nor have any of these defendants have entered an appearance. On April 29, 2005, this Court

issued an Order to Show Cause (Doc. 74) directed to the plaintiff and requiring him to show cause why these defendants should not be dismissed.  The plaintiff has failed to respond by the deadline, May 16, 2005.

### CONCLUSIONS OF LAW

Federal Rule of Civil Procedure 4(m) provides that service of process must be made within 120 days of the filing of the complaint. The failure to timely serve the defendants can result in the dismissal of the unserved defendants. The Court may extend the time of service for good cause shown.  Judge Gilbert already has extended the time for serving these defendants and the plaintiff has not requested any additional time.  The plaintiff has failed to serve the above defendants, has failed to provide good cause for the failure to serve these defendants, and has failed to show cause why they should not be dismissed.  Therefore, pursuant to Rule 4(m), these defendants must be dismissed without prejudice.

For the reasons set forth above, it is **RECOMMENDED** that defendants **Terri Damond, J. Grubbs, J. Jones, A. Jordan, Kay Jordan, Gray Knop, Ronald Lee, J. Parrish, and K. Sawyer** be **DISMISSED WITHOUT PREJUDICE** and that the Court adopt the foregoing findings of fact and conclusions of law.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 73.1(b), the parties shall have ten (10) days after service of this Recommendation to file written objections thereto.  The failure to file a timely objection may result in the waiver of the right to challenge this Recommendation before either the District Court or the Court of Appeals.  Snyder v. Nolen, 380 F.3d 279, 284 (7th Cir. 2004); United States v. Hernandez-Rivas, 348 F.3d 595, 598 (7th Cir. 2003).

**DATED: July 20, 2005**

**s/ Donald G. Wilkerson**
**DONALD G. WILKERSON**
**United States Magistrate Judge**
