UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| OZZIE PICKETT,<br><br>         Plaintiff,<br><br>    v.<br><br>GEORGE E. DETELLA, *et al.*<br><br>         Defendants. | Case No. 03-cv-60-JPG |

## MEMORANDUM AND ORDER

This matter comes before the Court on the Report and Recommendation ("Report") (Doc. 146) of Magistrate Judge Donald G. Wilkerson recommending that the Court deny plaintiff Ozzie Pickett's motion for a temporary restraining order and a preliminary injunction (Doc. 139). Pickett has objected to the Report (Doc. 157), and defendants Mark Bowers, John Cox, Greg Gossett, Larry Henderson, Charles Hinsley, Jacob Null, Eric Plott, Frank Rice, Sam Riley, Brad Shields, Scott Stewart, Jerrod Walker and John Wolfe (collectively, "the defendants") have responded to Pickett's objection (Doc. 162).

After reviewing a magistrate judge's report and recommendation, the Court may accept, reject or modify, in whole or in part, the findings or recommendations of the magistrate judge in the report. Fed. R. Civ. P. 72(b). The Court must review *de novo* the portions of the report to which objections are made. *Id.* "If no objection or only partial objection is made, the district court judge reviews those unobjected portions for clear error." *Johnson v. Zema Systems Corp.*, 170 F.3d 734, 739 (7th Cir. 1999).

The Court has reviewed the Report *de novo* and finds that it is correct. Further, the Court notes that Pickett has been transferred to Menard Correctional Center since he filed his motion for injunctive relief. Consequently, any relief he requests is moot because the defendants work

(or worked) at Tamms Correctional Center and now have no control over Pickett.  *See Higgason v. Farley*, 83 F.3d 807, 811 (7th Cir. 1996);  *Moore v. Thieret*, 862 F.2d 148, 150 (7th Cir. 1988). This Court does not have jurisdiction over personnel at Menard who are not parties to this case. Furthermore, this case is on the eve of trial.  Requests for preliminary injunctive relief at this stage are inappropriate.

     For these reasons, the Court **ADOPTS** the Report (Doc. 146) as **SUPPLEMENTED** by this order and **DENIES** Pickett's motion for a temporary restraining order and a preliminary injunction (Doc. 139).

**IT IS SO ORDERED.**
**DATED:  October 26, 2007**

                                      s/ J. Phil Gilbert
                                      **J. PHIL GILBERT**
                                        **DISTRICT JUDGE**