UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

OZZIE PICKETT,

    Plaintiff,

v.

George E. Detella, Scott Steward, Timothy Duffield, George C. Welborn, Ronald Lee, Jacob Null, Larry Henderson, Mark Bowers, J. Russell, Larry Clover, Chad Meyers, Chad Adams, Kenneth Benefield, Jim Page, C/O Dillingham, C/O Blair, D. Wright, John Wolf, S. Miller, B. Shield, E. Plott, T. Elder, Sally Ramsey, D. Cauthen, Donald N. Snyder, D. Grisword, T. Beastley, J. Shrrod, C. Roper, J. Rouse, Lt. Crippen, Homer Markle, Officer Wright, Timothy Cook, E.L. Hallam, Lt. Turner, E. Simpson, Michael McClelland, Captain Bartley, K. Swayer, J. Grubbs, Lt. Breach, J. Parrish, Lt. Chad Parrish, E. Brimm, Donovan Davis, Captain Hoepker, C/O Roberts, Jerrod Walker, Chandra Dillow, P. St. Cin, Major Riley, K Martin, Randy Clark, J. Jones, Lt. Langin, Frank Rice, Terri Damond, Captain Murray, Lt. DuBois, Kelley Rhode, Kay Jordon, Gray Knop, G. Lambert, Charles Hinsely, S. Stockweather, Kristen Terri, Toma Osman, Joanna K. Hosch, Joann Schnieder, Christ Whitaker, Supt. Gossett, A. Wehrhem, S. Montomery, T. Potockie, R. Newell, Michael Smith, John Cox, A. Jordan and Lori Wild,

    Defendants.

Case No. 03-cv-60-JPG

## **JUDGMENT**

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision as to some issues and a jury having rendered a verdict as to others,

    IT IS HEREBY ORDERED AND ADJUDGED that the following claims by plaintiff Ozzie Pickett are dismissed with prejudice:

- all claims in this case against defendants George E. Detella, George C. Welborn, Chad Meyers, C/O Dillingham, C/O Blair, S. Miller, T. Elder, Sally Ramsey, D. Cauthen, Donald N. Snyder, D. Grisword, T. Beastley, J. Shrrod, C. Roper, J. Rouse, Lt. Crippen, Homer Markle, Timothy Cook, E. Simpson, Michael McClelland, Captain Bartley, Lt. Breach, Donovan Davis, Captain Hoepker, C/O Roberts, Chandra Dillow, Lt. Langin, Lt. DuBois, Kelley Rhode, G. Lambert, S. Stockweather, Kristen Terri, Joann Schnieder, S.

Montomery, and Lori Wild;

- claims against defendant Ronald Lee for a September 28, 2000 disciplinary ticket as described in ¶ 37 of the complaint and claims as described in ¶ 62 of the complaint;

- claims against defendant Jacob Null as described in ¶¶ 83 and 88 of the complaint;

- claims against defendant Larry Henderson as described in ¶ 83 of the complaint;

- claims against defendant J. Russell as described in ¶ 62 of the complaint;

- claims against defendant Kenneth Benefield as described in ¶¶ 77-78 of the complaint;

- claims against defendant Jim Page as described in ¶ 88 of the complaint;

- claims against defendants D. Wright and Officer Wright as described in ¶¶ 77-78 of the complaint;

- claims against defendants John Wolf and E. Plott as described in ¶ 70 of the complaint;

- claims against defendant Lt. Turner as described in ¶ 46 of the complaint;

- claims against defendants J. Parrish and Lt. Parrish regarding a hunger strike as described in ¶ 62 of the complaint;

- claims against defendant K. Martin as described in ¶ 63 of the complaint;

- claims against defendant Terri Damond as described in ¶¶ 77-78 of the complaint; and

- claims against defendant Kay Jordon as described in ¶ 51 of the complaint.

IT IS FURTHER ORDERED AND ADJUDGED that the following claims by plaintiff Ozzie Pickett are dismissed without prejudice:

- all claims in this case against defendants Timothy Duffield, Larry Clover, Chad Adams, E.L. Hallam, K. Swayer, J. Grubbs, E. Brimm, Randy Clark, J. Jones, P. St. Cin, Captain Murray, Gray Knop, Toma Osman, Joanna K. Hosch, Christ Whitaker, A. Wehrhem, T. Potockie, R. Newell, Michael Smith and A. Jordan;

- claims against defendant Scott Steward as described in ¶¶ 32-36 and 38 of the complaint;

- claims against defendant Ronald Lee as described in ¶¶ 37, 54-56, 63-66 and 69 of the complaint except the claims in ¶ 37 for a September 28, 2000, disciplinary ticket, which were dismissed with prejudice;

- claims against defendant Jacob Null as described in ¶¶ 32-36 and 86-87 of the complaint;

- claims against defendants Larry Henderson and Charles Hinsley as described in ¶¶ 57-61 of the complaint;

- claims against defendants Mark Bowers, Larry Henderson, J. Russell and Jim Page as described in ¶¶ 86-87 of the complaint;

- claims against defendant Kenneth Benefield as described in ¶¶ 71-75 and 76 of the complaint;

- claims against defendants D. Wright and Officer Wright as described in ¶¶ 71-75, 76 and 84 of the complaint;

- claims against defendant Lt. Turner as described in ¶¶ 79-82 of the complaint;

- claims against defendant J. Parrish as described in ¶¶ 38, 39-42, 44 and 48-49 of the complaint;

- claims against defendant Lt. Parrish as described in ¶¶ 38, 39-42 and 44 of the complaint;

- claims against defendants Jerrod Walker, Major Riley and K. Martin as described in ¶¶ 32-36 of the complaint;

- claims against defendant Terri Damond as described in ¶¶ 45-46 of the complaint; and

- claims against defendant Kay Jordon as described in ¶ 85 of the complaint.

IT IS FURTHER ORDERED AND ADJUDGED that judgment is entered as follows:

- in favor of defendant Lt. Parrish and against plaintiff Ozzie Pickett on the claims described in ¶¶ 48-49 of the complaint

- in favor of defendants Scott Stewart and Jerrod Walker and against plaintiff Ozzie Pickett on the claims described in ¶ 31 of the complaint (Count 1 at trial);

- in favor of defendant Frank Rice and against plaintiff Ozzie Pickett on the claims described in ¶¶ 45-46 of the complaint (Count 2 at trial);

- in favor of defendants Mark Bowers and Jacob Null and against plaintiff Ozzie Pickett on the claims described in ¶¶ 48-49 of the complaint (Count 2 at trial);

- in favor of defendants Larry Henderson, B. Shields, E. Plott and Charles Hinsley and

3

against plaintiff Ozzie Pickett on the claims described in ¶¶ 54-56 of the complaint, (Count 3 at trial);

- in favor of defendants Jacob Null, E. Plott and Charles Hinsley and against plaintiff Ozzie Pickett on the claims described in ¶¶ 63-66 of the complaint (Count 4 at trial);

- in favor of defendants Jacob Null, E. Plott, John Wolf, Supt. Gossett and Major Riley and against plaintiff Ozzie Pickett as described in ¶¶ 67-68 of the complaint (Count 5 at trial);

- in favor of defendants Jacob Null and John Wolf and against plaintiff Ozzie Pickett as described in ¶ 69 of the complaint (Count 6 at trial); and

- in favor of defendants John Wolf and John Cox and against plaintiff Ozzie Pickett as described in ¶ 85 of the complaint (Count 7 at trial).

**DATED: March 26, 2009**          **JUSTINE FLANAGAN, Acting Clerk**

**s/Brenda K. Lowe, Deputy Clerk**

**Approved:**    s/ J. Phil Gilbert
              **J. PHIL GILBERT**
              **DISTRICT JUDGE**